IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-2786-WJM-GPG

ROSEANN SCOTT,

    Plaintiff,

v.

DONNA SCOTT,

    Defendant.

---

## CERTIFICATION PURSUANT TO 28 U.S.C. § 636(c)(1)

---

**THIS MATTER** has been referred to me by United States District Judge William J. Martinez in my capacity as the Chief Judge of the United States District Court for the District of Colorado.

U.S. Magistrate Judge Gordon P. Gallagher has notified Judge Martinez of the parties' unanimous consent to disposition of the above action by a United States Magistrate Judge, in accordance with 28 U.S.C. § 636(c)(1) (ECF No. 26).

Pursuant to 28 U.S.C. § 636(c)(1), a part-time magistrate judge may exercise consent jurisdiction upon the consent of the parties, pursuant to their specific written request, with a certification by the chief judge of the district that a full-time magistrate judge is not reasonably available in accordance with guidelines established by the judicial council of the circuit.

In accordance with the Tenth Circuit Judicial Council Guidelines for Trial of Civil Cases by Part-Time Magistrate Judges, adopted on December 3, 1998, I certify the following:

1. That no full-time magistrate judge is stationed at or within a reasonable distance of Grand Junction; the designated place of trial in this case; and

2. That trial of this case by Magistrate Judge Gallagher, the part-time magistrate judge located in Grand Junction, will not interfere unduly with Judge Gallagher's other duties or create a conflict of interest or appearance of impropriety.

DATED this 16th day of February, 2016.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Court